# Court of Appeals, State of Michigan

## ORDER

ROY JOSEPH AKERS V NATALIYA AKERS

Docket No.    323806

LC No.    2003-675617-DM

Pat M. Donofrio
Presiding Judge

Michael J. Riordan

Michael F. Gadola
Judges

MINISTERIAL ORDER CORRECTING OPINION

IT IS HEREBY ORDERED that with respect to the opinion issued on March 17, 2015 in this matter, the two instances providing a date of December 17, 2013 are hereby corrected to show a date of December 17, 2003.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 08 2015

Date

Chief Clerk